UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| CARY J. PICKETT, <br>         Plaintiff, <br> vs. <br> NEVADA BOARD OF PAROLE COMMISSIONERS, NEVADA DEPARTMENT OF PUBLIC SAFETY DIVISION OF PAROLE AND PROBATION, <br>         Defendant. | 2:09-CV-01695-PMP-LRL <br><br> **ORDER** |

     Having read and considered Defendants' Motion to Dismiss (Doc. #14), filed on April 27, 2010, Plaintiff's Response in Opposition thereto (Doc. #15) filed May 14, 2010, Defendants' Reply (Doc. #16) filed May 24, 2010, and good cause appearing,

     **IT IS ORDERED that** Defendants' Motion to Dismiss (Doc. #14) is **DENIED**.

DATED: May 24, 2010.

                                                PHILIP M. PRO <br>
                                                United States District Judge