UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARY PICKETT, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs ) | Case # 2:09-CV-1695-PMP-VCF |
| ) | |
| NEVADA BOARD OF PAROLE ) | |
| COMMISSIONERS, et al., ) | |
| ) | |
| ) | ORDER REFERRING CASE FOR |
| Defendant(s). ) | SETTLEMENT CONFERENCE |
| ) | |

This case is currently stacked on the calendar on **Tuesday, February 12, 2013,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Cam Ferenbach** for a settlement conference.

DATED this 17th day of July, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE