CATHERINE CORTEZ MASTO
Attorney General
ADAM H. HONEY
Deputy Attorney General
Nevada Bar No. 9588
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068
Tel: (702) 486-3420
Fax: (702) 486-3773
ahoney@ag.nv.gov
*Attorneys for Defendants,*
*Nevada Board of Parole Commissioners,*
*Nevada Department of Public Safety*
*Division of Parole and Probation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARY J. PICKETT, | CASE NO. 2:09-cv-01695-PMP-VCF |
| Plaintiff, | **REQUEST FOR ORDER** |
| v. | |
| NEVADA BOARD OF PAROLE COMMISSIONERS, NEVADA DEPARTMENT OF PUBLIC SAFETY DIVISION OF PAROLE AND PROBATION, DOE individuals 1 through 20 inclusive and ROE Government Entities 1 through 20, inclusive, | |
| Defendants. | |

A Settlement Conference in this matter is set for January 8, 2013 at 9:30 a.m. Defendants' Representatives set to attend currently are: the state tort manager, Nancy Bowman, Department of Parole & Probation, David Sonner and the undersigned trial counsel. Due to time and budgetary constraints, defense counsel is having difficulty

scheduling a member of the Nevada Board of Parole Commissioners to attend. Counsel attempted to confer with Plaintiff's counsel prior to filing of this pleading to stipulate to the same but was unable to contact counsel but instead left a phone message. Due to the time constraints with this request, the same is being filed prior to the undersigned hearing back from opposing counsel.

Given the fact that the Plaintiff has filed a settlement proposal requesting an inordinate monetary amount and that the District Attorney's Office and the District Court, over whom the Defendants obviously have no control, to not oppose Plaintiff's planned motion to be re-sentenced and the district court to rule in favor of the same, as well as the pending Motion to Withdraw of Plaintiff's counsel, Defendants respectfully seek an Order allowing the attendance of the above identified individuals as satisfying the attendance requirements for said Settlement Conference.

DATED this __2nd__ day of January, 2013.

CATHERINE CORTEZ MASTO
Attorney General

By: */s/ Adam D. Honey*
ADAM D. HONEY
Deputy Attorney General
Nevada Bar No. 9588
555 E. Washington Ave., Ste. 3900
Las Vegas NV 89101-1068
*Attorneys for Defendants, Nevada Board of Parole Commissioners, Nevada Department of Public Safety Division of Parole and Probation*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge
DATED: 1-7-2013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the State of Nevada, Office of the Attorney General, and that on the 2nd day of January, 2013, I served the foregoing, **REQUEST FOR ORDER**, a copy thereof to be filed with the Clerk of the Court using the CM/ECF System.

| | |
|---|---|
| Mark J. Bourassa, Esq.<br>THE BOURASSA LAW GROUP, LLC<br>8668 Spring Mountain Road, Suite 101<br>Las Vegas NV 89117-4113<br>*Attorneys for Plaintiff* | Cary J. Pickett, Inmate No. 57591<br>HIGH DESERT STATE PRISON<br>P.O. Box 650<br>22010 Cold Creek Road<br>Indian Springs NV 89070-0650<br>*Plaintiff* |

        */s/ Celina M. Lopez*
        An employee of Office of the Attorney General