UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARY J. PICKETT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEVADA BOARD OF PAROLE COMMISSIONERS and NEVADA DEPARTMENT OF PUBLIC SAFETY DIVISION OF PAROLE AND PROBATION,<br><br>　　　　Defendants. | 2:09-CV-01695-PMP-VCF<br><br>ORDER ON PLAINTIFF'S REQUEST FOR RULE 60(b) RELIEF FROM A JUDGMENT OR ORDER (DOC. #97) |

　　　　Presently before the Court is Plaintiff Cary J. Pickett's Request for Rule 60(b) Relief from a Judgment or Order (Doc. #97), filed December 23, 2013. Defendants Nevada Board of Parole Commissioners and Nevada Department of Public Safety Division of Parole and Probation filed an Opposition (Doc. #104) on January 9, 2014. Plaintiff filed a Reply (Doc. #111) on January 24, 2014.

　　　　Also before the Court are Plaintiff's Request for a Review of Order by the Magistrate Judge (Doc. #110) and Plaintiff's Motion to Supplement Briefing (Doc. #113), both filed on January 24, 2014. Pursuant to the Court's Order (Doc. #108) of January 16, 2014, Plaintiff's attorney has withdrawn and Plaintiff appears pro se.

　　　　Having read and considered the parties' briefs, and good cause appearing,

IT IS ORDERED that Plaintiff's Request for Rule 60(b) Relief From A Judgment or Order (Doc. #97) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Request for a Review of Order by the Magistrate Judge (Doc. #110) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Second Motion to Supplement Briefing (Doc. #113) is DENIED as moot because Plaintiff represents himself and the Court therefore already has considered his proposed supplemental filings.

DATED: January 29, 2014

PHILIP M. PRO
United States District Judge